| | | |
|---|---|---|
| **Coleman W. Garrett**<br>cwgarrett@bellsouth.net | **GARRETT & ASSOCIATES**<br>ATTORNEYS AT LAW | **212 Adams Avenue**<br>**Memphis, Tennessee 38103**<br>**(901) 529-0022 Telephone**<br>**(901) 529-0299 Facsimile** |

January 21, 2014

Assistant Attorney General
Attn: David Pritchard
167 North Main Street
1026 Clifford Davis Federal Building
Memphis, TN 38103

        RE:    **United States of America v. Nakita Brooks**
                  Docket Number: 2:14-cr-20006

Dear Mr. Pritchard:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, defendant, Nakita Brooks, hereby requests copies of all items discoverable under sub-paragraphs (a)(1)(A)(B)(C)(D) and (E).

      Defendant, Nakita Brooks, further requests, pursuant to Rule 404(b), notice of the Government's intention to use any like or similar conduct on the part of the defendant should this case proceed to trial.

      Finally, defendant, Nakita Brooks, requests that the Government provide any and all evidence which would tend to exculpate the defendant or mitigate punishment in this cause.

                              Sincerely,

                              /s/ Coleman W. Garrett

                              Coleman W. Garrett