Brooks

14-20006

RECEIVED
14 APR -7 PM 1:50
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

Dear your Honor, How are you I hope this letter reaches you in good spirit. My name is Ralph Brooks. I am 31 yrs old with a high school diploma no children. I have 2 sisters one 26 and the other 16. Your honor back in 2011 I was sentence to serve a 4 yr prison sentence and as you may know I was picked up in 2013 to get served another indictment. The offense is the same conduct from the first indictment Judge I know what I did was wrong as ever. And that I need one wish in this world it would be to go back to the age of 21 and not ever commit another crime in my life. I know your people write you all the time just trying to get themselves out of a situation but I'm not. The three years that I done served you well know it. I told my mama that I might not be where I wanna be. But I can look back and thank God I am not where I use to be. With that being said Your honor I was 18 I got into the strip clubs. Things went quick I started prostituting and doing drugs. And by the age of 21 I thought it was no turning back for me. After I got raped I stop selling my body. But the drugs continued on. And judge I've learned that being on drugs will cause you to do almost anything. And now that I'm set free by our lord Jesus Christ I am able to see that now. When I first got to prison in 2011 I prayed everynite for God to not wake

RECEIVED

me up and it seems like the time I prayed for that the collar be was wearing me up. One morning I swear to you he woke me up and I send him just as clear as day and he told me. I am always with you and I will surely bring you out of this. In telling you it was the best experience I ever had in my life. Just as I use to sit on my bed in my cell thinking the walls were closing in on me he showed me that the walls were actually getting wider. I was able to breathe clearer and clearer each day. But your honor let me tell you it is not easy battle with myself every single day. Every morning I wake up I ask the lord to lead the way for me because I can't do it by myself. Your honor if anybody else done learned their lesson such I'll be the first to tell you I have and mean that with all my heart. Your honor I want to be able to still have a chance to get in college, have a family and just do what God wants me to do in life. If only I could have the chance to show people that theirs always a better way. I want to be able to teach my sister's what's right. My family is all I got besides God they never left my side. I am a (lil person) with a big heart and just made a lot of wrong choices in life. I do two full responsibility for my actions. I am so sorry for the crimes I have committed. Please forgive me. Judge

This is the most scariest thing in the world to me. But I guess you'll never know how strong you are until being strong is your only option. It's not a day that goes by that I don't cry. I really can't see how could I have so many tears left. What I have cried the last 3 yrs of my life. Romans 5:1-5 is one of my favorites in the bible. It helps me get through of my days. Because Hope is all I have and without Hope I'm holding on to. Your Honor please take the time to go over my case and let God lead the way. Because he say he is the beginning and the end. And Hot of people seems to think that prison doesn't rehabilitate people. Well I beg to differ. Since my incarceration I have seen, I've done more than I ever seen before. And I know I due change because I was able to walk away from all of it. I haven't been in any trouble since my incarceration. So again your Honor please take my case into consideration. May God Bless you now and forever. Yolanda Bando