# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cr. No. 14-CR-20006-002 |
| ) | |
| NAKITA J. BROOKS, ) | |
| ) | |
| Defendant. ) | |

## POSITION OF THE UNITED STATES
## WITH RESPECT TO SENTENCING FACTORS

Comes now the United States by and through counsel Edward L. Stanton III, United States Attorney for the Western District of Tennessee and David Pritchard, Assistant United States Attorney; and notifies the Court of the position of the United States in accordance with § 6A1.2 of the Sentencing Guidelines and Policy Statements.

1. The attorney for the United States has received and reviewed the Presentence Report filed in this case.

2. The United States has no objections to the Presentence Report.

    Respectfully submitted,

    EDWARD L. STANTON III
    United States Attorney


By:   *s/David Pritchard*
    DAVID PRITCHARD
    Assistant United States Attorney
    167 N. Main, Room 800
    Memphis, TN 38103
    (#18187 - Tennessee)

## **CERTIFICATE OF SERVICE**

    I, David Pritchard, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing Position Paper has been sent via District Court's Electronic Filing System, to defense counsel and U. S. Probation Office.

    This 7th day of July, 2014.

                                          *s/David Pritchard*
                                          DAVID PRITCHARD