RECEIVED
15 JAN 15

14-20006

1/11/15

Dear Judge, I am writing you on today concerning my sentence. I am very heart broken as to what has happened to me. As you may know Your Honor I was sentence in 2011 to serve out a 9 yr prison term. Your Honor after I was sentence I poured my heart out to the Government for help. Instead in return I got indicted again for the exact same crime just different money amounts. Your Honor again I help the Government in anyway I could. Ive been nothing but truthful during my whole cooperation. Your Honor its almost 4 yrs later and I have recieve nothing. And whats more devastating to me is that although I was sentence to serve a 9 yr and a 10 yr concurrently. The FBOP got me serving 12 yrs, 6 mths, and 21 days. So its like im just starting all over with my time. I mean its like i just been locked up a 1 year in July 15 when truth of the matter is this Nov. will make 4 yrs Ive been gone from home. Your Honor can you please tell me what needs to be done here. My family said if I need to hire another lawyer

they will. We just need help. We really don't understand what has happened to me and this situation. We really need help on trying to find out what is really justice today? Why does life have to be unfair? How do a person deal with this kind of madness? You will never really understand my pain unless you were being treated the same. Your Honor I know my life will never be the same again. This experience is just heart crushing and overwhelming. Your Honor why is it that I have to sit in prison over a decade for a first time non-violent offender of a white collar crime for a actural loss of under a million dollars with two other co-defendants. Am I taking responsibility of my actions Yes your Honor I have. I just know that deep down in my heart that I deserve my Jail credit and also my Rule 35 reduction. Your Honor why am I suffering. Since my incarceration I haven't been in any trouble I've been paying on my restitution. I did programing. But most of all. I am very sorry for what I've done. Please forgive me. Please find it in your heart to help me. I need another chance. God forgive

Sincerently [signature]